UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-01632 JAM DAD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| T. MINTON, | |
| Defendant. | |

On April 2, 2014 plaintiff was ordered to file an in forma pauperis affidavit by a non-prisoner or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. That thirty day period has now expired, and plaintiff has not complied with the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.[1]  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

---

[1] In the court's April 2, 2014 order, the court also dismissed plaintiff's complaint and granted him leave to file an amended complaint within thirty days. On April 16, 2014, plaintiff filed his amended complaint but failed to fully comply with the court's order by either filing an in forma pauperis affidavit or paying the appropriate filing fee.

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

3  objections shall be filed and served within fourteen days after service of the objections.  The

4  parties are advised that failure to file objections within the specified time may waive the right to

5  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

6  Dated:  May 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:4
   beny1632.fifp

2