UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | No. 2:13-cv-01632 JAM DAD P |
| Plaintiff, | |
| v. | ORDER |
| T. MINTON, | |
| Defendant. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 27, 2015, the court screened plaintiff's first amended complaint and determined that service was appropriate on defendant T. Minton.  (ECF No. 12.)  Accordingly, plaintiff was directed to return, within thirty days, the documents necessary to effect service on these defendants.  (Id.)  On April 6, 2015, the court received the necessary documents from plaintiff.  (ECF No. 13.)  On April 21, 2015, the court issued an order directing the United States Marshal to serve defendant Minton.  (ECF No. 14.)

Now pending before the court is plaintiff's motion, filed on May 7, 2015, for a thirty-day extension of time to submit the documents necessary to effect service on defendant Minton.  (ECF No. 16.)  The court is puzzled by plaintiff's filing since he previously submitted to the court the documents required to effect service.

/////

1

Because plaintiff has already submitted the documents to the court that he is now seeking an extension of time to submit, IT IS HEREBY ORDERED that plaintiff's motion for a thirty-day extension of time (ECF No. 16) is denied as having been rendered moot.

Dated: May 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
beny1632.eot.deny